UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
WAYNE CHREBET,

                    Plaintiff,                    CV 09-4249 (DRH)

                    -against-                    **NOTICE OF APPEARANCE**

COUNTY OF NASSAU, PAUL
SZYMANSKI, BOHDAN PILCZAK,
SCOTT TUSA, RICHARD HERMAN,
BRIAN FITZGERALD, ARNOLD
ROTHENBERG, RICHARD SOTO, KEVIN
LOWRY and MICHAEL KRUMMENACKER,

                    Defendants.
-------------------------------------------------------------X
PLEASE TAKE NOTICE:

      The undersigned, Frank V. Floriani, a member of this Honorable Court's bar, appears as counsel for plaintiff WAYNE CHREBET for all purposes in this matter and hereby requests that copies of all future filings or other information related to this action be provided to the undersigned at the above address and via e-mail.

Dated: July 8, 2013

                                                      /s/ FRANK V. FLORIANI
                                                      FRANK V. FLORIANI (FF4489)

To: Via ECF
     Clerk of Court
     All counsel of record